UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Elisabeth Newton

                    v.                                    Case No. 06-cv-447-SM

United States of America


ORDER OF DISMISSAL


    In accordance with the provisions of Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

        SO ORDERED.

April 3, 2007                                _____
                                             Steven J. McAuliffe
                                             Chief Judge


cc:    Laura P. Malouf, Esq.
       Helene Kazanjian, Esq.
       Laurence B. Cote, Esq.